# Exhibit A

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

## APRIL 2023

E-Filing Number: 2304008641

00405

| | |
|---|---|
| **PLAINTIFF'S NAME**<br>JUANITA JOHNSON | **DEFENDANT'S NAME**<br>MACY'S RETAIL HOLDINGS, INC. |
| **PLAINTIFF'S ADDRESS**<br>6201 N 10TH STREET APT 525<br>PHILADELPHIA PA 19141 | **DEFENDANT'S ADDRESS**<br>C/OCORPORATE CREATIONS NETWORK 1001 STATE<br>STREET #1400<br>ERIE PA 16501 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 1 | [X] Complaint [ ] Petition Action [ ] Notice of Appeal<br>[ ] Writ of Summons [ ] Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | |
|---|---|---|---|
| [ ] $50,000.00 or less<br>[X] More than $50,000.00 | [ ] Arbitration<br>[X] Jury<br>[ ] Non-Jury<br>[ ] Other: | [ ] Mass Tort<br>[ ] Savings Action<br>[ ] Petition | [ ] Commerce<br>[ ] Minor Court Appeal<br>[ ] Statutory Appeals | [ ] Settlement<br>[ ] Minors<br>[ ] W/D/Survival |

**CASE TYPE AND CODE**

20 - PERSONAL INJURY - OTHER

**STATUTORY BASIS FOR CAUSE OF ACTION**

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | **FILED**<br>**PRO PROTHY**<br>APR 05 2023<br>**G. IMPERATO** | IS CASE SUBJECT TO<br>COORDINATION ORDER?<br>YES          NO |
|---|---|---|

**TO THE PROTHONOTARY:**

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: JUANITA JOHNSON

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY<br>MICHAEL I. LUBER | ADDRESS<br>1420 WALNUT STREET<br>SUITE 300<br>PHILADELPHIA PA 19102 |
|---|---|
| PHONE NUMBER<br>(215)496-1000 | FAX NUMBER<br>(215)496-9025 | |
| SUPREME COURT IDENTIFICATION NO.<br>2041 | E-MAIL ADDRESS<br>imichaelluber@aol.com |
| SIGNATURE OF FILING ATTORNEY OR PARTY<br>MICHAEL LUBER | DATE SUBMITTED<br>Wednesday, April 05, 2023, 01:17 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

I. MICHAEL LUBER, ESQUIRE
Attorney I.D. No. 02041
1420 Walnut Street, Suite 300
Philadelphia, PA  19102
(215) 496-1000

*Filed and Attested by the
Office of Judicial Records
05 APR 2023 01:17 pm
G. IMPERATO*

Attorney for Plaintiff

| | |
|---|---|
| Juanita Johnson<br>6201 North 10th Street<br>Apt 525-Stevenson Terrace<br>Philadelphia, PA  19141<br> vs<br>Macy's Retail Holdings, Inc.<br>c/o Corporate Creations Network, Inc.<br>1001 State Street # 1400<br>Erie, PA  16501 | : COURT OF COMMON PLEAS<br>: PHILADELPHIA  COUNTY<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**"NOTICE**

"You have been sued in court.  If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you.  You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff.  You may lose money or property or other rights important to you.

"YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.  IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

      PHILADELPHIA  COUNTY BAR ASSOCIATION
      LAWYER REFERRAL AND INFORMATION SERVICE
      1101 MARKET STREET
      PHILADELPHIA, PA   19107
      (215) 238-6300

**"AVISO**

"Le han demandado a usted en la corte.  Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias, de plazo al partir de la fecha de la demanda y la notificacion.  Hace falta asentar una comparecencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona.  Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion.  Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda.  Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

"LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE.  SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELEFONO A AL OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

      PHILADELPHIA  COUNTY BAR ASSOCIATION
      LAWYER REFERRAL AND INFORMATION SERVICE
      1101 MARKET STREET
      PHILADELPHIA, PA   19107
      (215) 238-6300

I. MICHAEL LUBER, ESQUIRE
Attorney I.D. No. 02041
1420 Walnut Street, Suite 300
Philadelphia, PA  19102
(215) 496-1000                                      Attorney for Plaintiff

| | |
|---|---|
| Juanita Johnson | : COURT OF COMMON PLEAS |
| 6201 North 10th Street | : PHILADELPHIA  COUNTY |
| Apt 525-Stevenson Terrace | : |
| Philadelphia, PA  19141 | : |
| vs | : |
| Macy's Retail Holdings, Inc. | : |
| c/o Corporate Creations Network, Inc. | : |
| 1001 State Street # 1400 | : |
| Erie, PA  16501 | : |

## CIVIL ACTION

1.  The Plaintiff Juanita Johnson  is an adult individual who resides at  6201 North 10th Street, Apartment 525, Philadelphia, Pa.

2.   The Defendant Macy's Retail Holdings, Inc. is registered with the Pennsylvania Department of State Corporations as a foreign business corporation with a registered office c/o Corporate Creations Network, Inc. 1001 State Street, Suite 1400, Erie, Pa.   At all times material and relevant hereto the said defendant was the corporate owner of the Macy's retail store located 2399 Cottman Avenue, Philadelphia, Pa.

3.  At all times material and relevant hereto the Defendant did own, operate,  manage, maintain, stock, assemble tables/desks/furniture and possess the real property/store located 2399 Cottman Avenue, Philadelphia, Pa. and known as Macy's.

4.  At all times material and relevant hereto the Defendant through its agents, servants, workman and/or employees was responsible for stocking, assembling, and maintaining furniture on the show room floor at their retail location, 2399 Cottman Avenue, Philadelphia, Pa,

5.   At all times material hereto the Plaintiff was lawful business invitee of the Defendant's store as identified above for the purposes of further the business interests of the said Defendant.

6.   On or about October 11, 2021, the Plaintiff was a lawfully business invitee of the Defendant's retail store located 2399 Cottman Avenue, Philadelphia, Pa. in the furniture department, when she leaned back into a desk on the showroom floor, which desk collapsed to the ground when the legs broke off, resulting the plaintiff falling backwards on the broken desk and floor and as a result of this fall the Plaintiff did sustain the injuries and damages herein below more fully described.

7.   As a result of the aforesaid occurrence the Plaintiff was caused to sustain serious and painful personal injuries rendering her sick, sore and disordered and more particularly she sustained a serious impairment of a bodily function, including but not limited  to high grade sprain of ACL with partial thickness tear, lateral meniscal tear, C2-3 central herniation indenting the thecal sac, C3-4 broad based herniations, C4-5 broad based herniations, C5-6 broad based herniations, complete thickness tear of the supraspinatus tendon, infraspinatus and subscapularis tendinosis with partial thickness tear of distal fibres, cervical radiculopathy,  and sprain and a severe shock to her nerves and nervous system, some or all of which injuries may be permanent in nature.

8.   As a result of the aforesaid occurrence, the Plaintiff has undergone and will undergo great pain and suffering, she has required and will require continued medical attention and treatment, and she has otherwise been injured and damaged; further, said Plaintiff has been and may in the future be disabled and prevented from following her usual occupations and from performing her customary duties and she has suffered a loss and depreciation of her earning power and will continue to suffer such loss and depreciation for an indefinite period of time in the future, all to her great loss and detriment.

9. As a further result of this occurrence, the Plaintiff has been and may in the future be compelled to expend monies for medicine, medical care and treatment rendered necessary as a result of the injuries aforesaid, all to her great loss and detriment.

10. Plaintiff avers that the Defendant knew or should have known that the desk was not assembled properly or securely or was delivered pre-assembled improperly, so that when Plaintiff leaned against same it collapsed to the ground when the legs broke off the desk. Defendant's lack of inspection created an unreasonable risk of injury to Plaintiff and others lawfully on their premises.

11. The negligence and carelessness of the Defendants, by and/or through Defendant's agents, servants, workmen, employees, and/or other representatives consisted of the following:

(a) permitting a dangerous condition to exist and remain on their showroom floor;

(b) failing to inspect the desk after it was assembled to make sure that same was properly and securely put together;

© failing to inspect the desk before it was placed on the showroom floor to make sure that same was assembled correctly and safely;

(d) failing to inspect the desk at reasonable times in order to ascertain that same was safe to be on the show room floor;

e) failing to correct or cure the dangerous and hazardous condition which the improperly assembled desk created and the defendant knew or should have known to have existed by inspections;

(f) failing to warn business invitees, patrons and others, including plaintiff of the aforesaid unreasonable dangerous condition existing on their premises;

(g) allowing a dangerous and hazardous condition to develop and remain on their premises.

Case ID: 230400405

WHEREFORE, Plaintiff demands judgment against the Defendant in a sum in excess of FIFTY THOUSAND ($50,000.00) DOLLARS.


BY: _I. Michael Luber, Esquire_
I. MICHAEL LUBER, ESQUIRE
Attorney for Plaintiff

<u>VERIFICATION</u>

I, I. Michael Luber, verifies that the facts set forth in the foregoing pleading are true and correct to the best of my knowledge, information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S.A. Section 4904 relating to unsworn falsification to authorities.

*I. Michael Luber, Esquire*

I. MICHAEL LUBER

APR 1 7 2023

SERVE